# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BAR'S PRODUCTS, INC.,

    Plaintiff/Counter-Defendant,

                                     Case No. 10-14321

v.

                                     HON. DENISE PAGE HOOD

BAR'S PRODUCTS INTERNATIONAL,
LTD.,

    Defendant/Counter-Plaintiff.

_____/

## ORDER GRANTING ORAL MOTION FOR
## JUDGMENT AS A MATTER OF LAW
## BY DEFENDANT BAR'S PRODUCTS INTERNATIONAL, LTD.
## and
## ORDER DISMISSING PLAINTIFF'S REMAINING CLAIMS
## IN SECOND AMENDED COMPLAINT

Defendant Bar's Products International, Ltd., having moved for a judgment as a matter of law as to Plaintiff Bar's Products, Inc.'s remaining claims in Counts I and II of its Second Amended Complaint and the matter having been argued by the parties on the record, accordingly,

For the reasons set forth on the record,

IT IS ORDERED that Defendant Bar's Products International, Ltd.'s oral Motion for a Judgment as a Matter of Law is GRANTED.

IT IS FURTHER ORDERED that the remaining claims in Counts I and II of Bar's Products, Inc.'s Second Amended Complaint is DISMISSED with prejudice.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  May 13, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 13, 2014, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager