Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Defendant

| STATE OF MICHIGAN<br>Eastern **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT** | **CERTIFICATE OF SATISFIED JUDGMENT** | **CASE NO.**<br>10-14321 |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 231 W. Lafayette Blvd. Detroit, MI 48226 | (313) 234-5000 |

| Plaintiff name(s), address(es), and telephone no(s). | | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| Plaintiff/Counter-Defendant<br>BAR'S PRODUCTS, INC.,<br>10386 N Holly Rd,<br>Holly, MI 48442 | v | Defendant/Counter-claimant:<br>BAR'S PRODUCTS INTERNATIONAL, LTD<br>1225 W 190th St #250<br>Gardena, CA 90249<br>(310) 715-2040 |
| Plaintiff attorney, bar no., address, and telephone no.<br>STEVEN C. SUSSER, ESQ./P52940<br>CARLSON, GASKEY & OLDS, P.C.<br>400 West Maple Road, Suite 350<br>Birmingham, MI 48009 | | Attorney Bar No., address, and tel.no.<br>JERRY KAPLAN, ESQ./SBN 49142<br>KAPLAN, KENEGOS & KADIN<br>9150 Wilshire Boulevard, Suite 175<br>Beverly Hills, CA 90212<br>Telephone: (310)859-7700 |

A judgment was entered by this court on 05/13/2014
                                        Date

☑ **Satisfaction by Party**

The judgment has been satisfied in full as to ☑ all/defendants   ☐ defendant _____
                                                   counter-                              Name

5/30/2018
Date

Counter-Claimant/Attorney signature

☐ **Satisfaction by Clerk of the Court**

The judgment has been paid in full to the court on _____
                                                   Date

_____          _____
Date                      Court clerk/Deputy court clerk

☐ **Satisfaction by Judge**

After hearing, it has been determined that the judgment has been satisfied in full.

_____          _____
Date                      Judge

---

**CERTIFICATE OF MAILING**

I certify that on this date copies of this satisfaction were served upon the parties and their attorneys by ordinary mail at the address shown above.

5/30/2015
Date

Signature
Counter-Claimant/Attorney Signature

MC 17  (6/04)  **CERTIFICATE OF SATISFIED JUDGMENT**                                     MCR 2.620